```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> JESS VERNON BRASIER, </br> </br> Defendant. | Case No. 2:08-CR-0453 LKK KJN </br> </br> **ORDER** |

Good cause having been shown, the Government is granted leave to file the Request to Seal Exhibit 7 of the Government's answer to Defendant's Motion Under 28 U.S.C. § 2255, which was filed October 25, 2011, under seal.

It is so ORDERED.

DATED: October 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE