IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2: 08-cr-0453 LKK KJN

    vs.

JESS VERNON BRASIER,

    Movant.

ORDER

_____/

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On November 28, 2011, movant filed a motion stating that he did not receive respondent's opposition and exhibits. Respondent's opposition, filed October 25, 2011, does not contain a proof of service demonstrating service on movant.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, respondent shall serve movant with the opposition and attached exhibits and file proof of service with the court; and movant's reply is due within thirty days of service of the opposition.

DATED: December 6, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bras453.ord

1