IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. 2: 08-cr-0453 LKK KJN

    vs.

JESS VERNON BRASIER,

    Movant.                       <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On November 28, 2011, movant filed a motion stating that he did not receive respondent's opposition and exhibits. Respondent's opposition, filed October 25, 2011, did not contain a proof of service demonstrating service on movant. Accordingly, on December 7, 2011, the undersigned ordered respondent to serve movant with the opposition and attached exhibits and file proof of service within five days.

        On December 8, 2011, respondent filed a proof of service of the opposition and exhibits on movant. On December 19, 2011, movant filed a motion for sanctions. In this motion, signed on December 16, 2011, movant states that he still had not received respondent's opposition and exhibits.

////

1

Respondent's proof of service filed December 8, 2011 indicates the opposition and exhibits were served on movant's address of record. Based on these circumstances, the undersigned finds that sanctions are not warranted.

Respondent is directed to again serve movant with the opposition and exhibits. If movant again does not receive these documents, the undersigned will direct the Warden at movant's institution to address movant's failure to receive these documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for sanctions (Dkt. No. 125) is denied;

2. Within five days of the date of this order, respondent shall serve movant with the opposition and attached exhibits and file proof of service with the court; movant's reply is due within thirty days of service of the opposition.

DATED: January 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bra453.ord